1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Michael Magee, | ) | No.  CV-17-02548-PHX-SPL |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| National Credit Systems, Inc., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

The Court has been advised that Plaintiff and Defendant National Credit Systems, Inc. have reached a settlement in this case. (Doc. 15.) Accordingly,

**IT IS ORDERED** that Defendant National Credit Systems, Inc. will be dismissed *with prejudice* from this case on **October 6, 2017** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 22nd day of September, 2017.

Honorable Steven P. Logan
United States District Judge