IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Magee, | No. CV-17-02548-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| National Credit Systems, Inc., et al., | |
| Defendants. | |

No stipulation to dismiss having been filed, in accordance with the Court's October 5, 2017 Order (Doc. 22),

**IT IS ORDERED** that *Defendant National Credit Systems, Inc. is* **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** Defendant National Credit Systems, Inc. as a party in this action.

Dated this 27th day of November, 2017.

Honorable Steven P. Logan
United States District Judge