Emily Gildar Wagner (#028811)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: ewagner@swlaw.com

Sheereen Javadizadeh (CASB No. 288141)
*Admitted Pro Hac Vice*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7559
Email: sjavadizadeh@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Magee,<br><br>    Plaintiff,<br><br>v.<br><br>National Credit Systems, Inc.; and Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No.: 2:17-cv-02548-SPL<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF SETTLEMENT**<br><br>Complaint Filed: July 31, 2017 |

Plaintiff Michael Magee and Defendant Experian Information Solutions, Inc., (jointly, the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Defendant Experian Information Solutions, Inc.  The Parties are in the process of finalizing the settlement, whereupon the Parties will move for dismissal with prejudice.

///

///

1  The Parties anticipate that the settlement and dismissal of claims against
2  Experian Information Solutions, Inc., will be finalized within the next sixty (60)
3  days.
4  Dated: January 2, 2018

5  By: */s/ Sheereen Javadizadeh*

6  Sheereen Javadizadeh
   *Admitted Pro Hac Vice*
7  JONES DAY
   3161 Michelson Drive, Suite 800
8  Irvine, CA  92612.4408
   Telephone:    (949) 851-3939
9  Facsimile:    (949) 553-7559
   Email: sjavadizadeh@jonesday.com
10
   Emily Gildar Wagner, Esq.
11 SNELL & WILMER L.L.P.
   One Arizona Center
12 400 East Van Buren Street
   Suite 1900
13 Phoenix, AZ 85004-2202
   Telephone: (602) 382-6000
14 Facsimile: (602) 382-6070
   Email : ewagner@swlaw.com
15
   Attorneys for Defendant
16 EXPERIAN INFORMATION
   SOLUTIONS, INC.
17

18 Dated: January 2, 2018

19 By: */s/ David J. McGlothlin*
   David J. McGlothlin, Esq.
20 Hyde & Swigart
   2633 E. Indian School Road, Ste 460
21 Phoenix, AZ 85016
   Telephone: (602) 265-3332
22 Facsimile: (602) 230-4482
   Email: david@southwestlitigation.com
23
   Attorneys for Plaintiff
24 MICHAEL MAGEE

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2018, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| David James McGlothlin<br>Hyde & Swigart<br>2633 E Indian School Rd., Ste. 460<br>Phoenix, AZ 85016<br>602-265-3332<br>Fax: 602-230-4482<br>Email: david@westcoastlitigation.com<br>*Attorneys for Plaintiff* | Christopher Andrew Meyers<br>Snell & Wilmer LLP - Phoenix, AZ<br>1 Arizona Center<br>400 E Van Buren<br>Phoenix, AZ 85004-2202<br>602-382-6000<br>Fax: 602-382-6070<br>Email: cmeyers@swlaw.com<br>*Attorneys for Equifax Information Services LLC* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

s/ *John M. Upton*
   John M. Upton