IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Magee,<br><br>  Plaintiff,<br><br>vs.<br><br>National Credit Systems Incorporated, et al.,<br><br>  Defendants. | No.  CV-17-02548-PHX-SPL<br><br>**ORDER** |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 39) is **granted**;

2. That Defendant Equifax Information Services, LLC is **dismissed with prejudice**;

3. That each party shall bear its own costs and attorneys' fees; and

4. That, Defendant Equifax Information Services LLC being the only remaining defendant in this case, the Clerk of Court shall **terminate** this action.

Dated this 26th day of June, 2018.

Honorable Steven P. Logan
United States District Judge